**A CERTIFIED TRUE COPY**

APR - 6 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 21 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 1742

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

*Mary Dallmann v. Johnson & Johnson, et al.,* E.D. California, C.A. No. 2:07-310
*Panuly Vangay v. Johnson & Johnson, et al.,* D. Colorado, C.A. No. 1:07-457
*Tonia Tracy v. Johnson & Johnson, et al.,* D. Colorado, C.A. No. 1:07-458
*Lillie Berryman v. Johnson & Johnson, et al.,* N.D. Texas, C.A. No. 3:07-370

## CONDITIONAL TRANSFER ORDER (CTO-36)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 449 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 13 2007

FOR THE PANEL:

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

GREGORY C. LANGHAM
CLERK

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

by: _____
Deputy Clerk